20 F.3d 397
 RESOLUTION TRUST CORP., Plaintiff,
v.
DUNMAR CORP. and Michael D. Jones, Defendants-Counterclaim Plaintiffs,
The First F.A., Defendant-Counterclaim Defendant,
Sherman Dantzler and Jack Shirek, Defendants,
and
The First F.A. of Orlando and Resolution Trust Corp.,
Counter-Defendants.
Michael D. JONES; Robert S. Guskiewicz; R.S. Futch, Jr.,
Plaintiffs-Appellants,
v.
RESOLUTION TRUST CORP., Defendant-Third Party Plaintiff-Appellee,
v.
Philip DONLEVY; William Crawford; Robert Stone, Defendants,
v.
SEMINOLE FLYING AND SOARING, INC., and The First F.A. of
Orlando, Third Party Defendants.
RESOLUTION TRUST CORP., Plaintiff-Counter Defendant-Appellee,
v.
LAKE PICKETT, LTD., a Florida Limited Partnership; Michael
D. Jones, as general partner, d/b/a Lake Pickett, Ltd., a
Florida Limited Partnership; Michael D. Jones, individually
and as Trustee, Defendants-Counter-Plaintiffs-Appellants,
The First F.A. of Orlando, Defendant.
 No. 91-3924.
 United States Court of Appeals,
Eleventh Circuit.
 April 12, 1994.
 
 Broad and Cassel, Brenda Lee London, Robert D. Gatton, Orlando, FL, for appellants.
 Giles, Hedrick & Robinson, P.A., Orlando, FL, E. Givens Goodspeed, Kirk K. Van Tine, Baker & Botts, Washington, DC, for appellees.
 Appeal from the United States District Court for the Middle District of Florida (Nos. 89-205-Civ-Orl-19, 89-207-Civ-Orl-19, 89-208-Civ-Orl-19), Patricia C. Fawsett, Judge.
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
 (Opinion November 23, 1993, 11th Cir., 1993, 7 F.3d 1006)
 Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.
 
 BY THE COURT:
 
 1
 A member of this court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.